IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSAMA JAMAL ABDELKHALEQ and LIMNA CHAVEZ, | |
| Plaintiff, | |
| vs. | No. CIV-11-255-JHP |
| DEPARTMENT OF HUMAN SERVICES, | |
| Defendant. | |

# JUDGMENT

Pursuant to the Defendant's Department of Human Services' Motion to Dismiss which was granted the 17th day of January, 2012, the Court enters judgment for the defendant and against the plaintiff.

**IT IS SO ORDERED** this 17th day of January, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma